Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

# UNITED STATES DISTRICT COURT

### for the

MIDDLE District of FLORIDA

JACKSONVILLE Division

2022 JUN 15  AM 12: 02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

|  |  |
|---|---|
| OTIS CROSBY JUNIOR | ) |
| _Plaintiff(s)_ | ) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
|  | ) |
|  | ) |
| " SEE ATTACHED " | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names. Do not include addresses here.) | ) |

Case No. 3:22-cv-669-MMH-MCR
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

OTIS CROSBY JUNIOR
            Plaintiff

    -V-

CENTURION
APRN Michelle DANIELS
Sergeant HOLLINGSWORTH
TRANSPORT Sergeant John DOE 1
TRANSPORT Sergeant John DOE 2
Medical Director RMC R BASSA
IISC Michelle Schouest
Region 1 Medical Director E. Hernandez Perez
            Defendants

2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | OTIS CROSBY JUNIOR |
| All other names by which you have been known: | JUNIOR |
| ID Number | C09771 |
| Current Institution | FLORIDA STATE PRISON |
| Address | PO BOX 800 |
| | RAIFORD          FL          32083 |
| | *City*          *State*          *Zip Code* |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Centurion of Florida |
| Job or Title *(if known)* | Contracted Medical Provider |
| Shield Number | N/A |
| Employer | Centurion of Florida |
| Address | 1203 Governors Square Blvd Suite 600 |
| | Tallahassee          FL          32301 |
| | *City*          *State*          *Zip Code* |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Michelle Daniels |
| Job or Title *(if known)* | APRN |
| Shield Number | N/A |
| Employer | Jackson CI |
| Address | 5563 10th Street |
| | Malone          FL          32445 |
| | *City*          *State*          *Zip Code* |

☒ Individual capacity   ☐ Official capacity

-3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                   HOLLINGSWORTH
    Job or Title *(if known)*   Sergeant (TRANSPORT)
    Shield Number       N/A
    Employer           Reception and medical Center
    Address             PO Box 628 (Hwy 231)
                       Lake Butler     Fl     32054
                           *City*         *State*     *Zip Code*
    ☒ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name                   JOHN DOE 1
    Job or Title *(if known)*   Sergeant (TRANSPORT)
    Shield Number       N/A
    Employer           Reception and Medical Center
    Address             PO Box 628 (Hwy 231)
                       Lake Butler     Fl     32054
                           *City*         *State*     *Zip Code*
    ☒ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Constitution 8th admendment. FAILURE to treat, FAILURE To provide adequate medical Remedoy, Breach of Duty, AND Breach of contract By third party BeneFICIARY.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

Defendant No 5
Name                          John Doe 2
Job or Title (if known)       Sergeant (transport)
Shield Number                 N/A
Employer                      Reception and medical Center
Address                       Po Box 628 (Hwy 231)
                              Lake Butler  Fl     32054
                              City      State    Zip Code

☒ Individual Capacity

Defendant No 6
Name                          R. Bassa
Job or title (if known)       Doctor M.D. / medical Director (rmc)
Shield Number                 N/A
Employer                      Reception And medical Center
Address                       Po Box 628 (Hwy 231)
                              Lake Butler     Fl     32054
                              City            State  Zip Code

☒ Individual Capacity

Defendant No 7
Name                          Michelle Schouest
Job or title (if known)       118C
Shield Number                 N/A
Employer                      Department of Corrections
Address                       501 South Calhoun Street
                              Tallahassee  Fl    32399
                              City         State  Zip Code
                              ☒ Individual Capacity

5

Defendant No 8
Name                          E. Hernandez Perez, MD
Job or title (if known)       Region 1 medical Director
Shield Number                      N/A
Employer                      Holmes CI
Address                       3142 Thomas Drive
                              Bonifay, Fl 32425
                              City    State  Zip code

☒ Individual Capacity

Defendant No 9
name                          Offices of Utilization management
Job or title (if known)       N/A  Needs Discovery to Provide
Shield Number                 N/A  Needs Discovery to Provide
Employer                      N/A  Needs Discovery to Provide
Address                       N/A  Needs Discovery to Provide
                              N/A       N/A       N/A
                              City      State     Zip code

☒ Individual Capacity  ☒ Offical Capacity

6

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

"SEE ATTACHED"

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

"SEE ATTACHED"

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

"SEE ATTACHED

# Statement of Facts
## (1 of 4 Pages)

1) Plaintiff Otis Crosby Jr is an inmate in the florida department of Corrections who is serving a (n) year prison sentence

2) On 9-14-2020 the Plaintiff was an inmate at Jackson CI in malone florida. Plaintiff was involved in a stabbing in which the Plaintiff required emergency medical care for stab wounds to the arm and Head.

3) On 9-14-2020 the Plaintiff was seen by M. Daniels APRN Defendant, where the Plaintiff informed the defendant that He could not move His left Hand and wrist. The defendant in response stated that she would have to contact the on Call Doctor and they would Have to run test. to which the Defendant Did not contact said on call Doctor or schedule any test to be ran.

4) On 9-14-2020 the Plaintiff was placed in administrative confinement.

5) On 9-17-2020 the Plaintiff submitted a sick call request to seek medical Help about not being able to move His left Hand and to which the Plaintiff went unseen.

6) On 9-28-2020 the Plaintiff declared medical emergency and was seen by Odom LPN. The Plaintiff expressed His concerns that He could not move His left Hand and His wrist, Also concerns that He was not seen for sick call turned in on 9-17th-2020 the response from Defendant was that i will Be seen when they Can see me they where Busy. And that a Doctor will see me stop with the medical emergancies im going to Charge you 5 Dollars for this.

7) On 10-2-2020 the Plaintiff was seen by M. Daniels APRN Defendant and Dr Alvarez (non-Defendant). Dr Alvarez

8

expressed his concerns about not being contacted about plaintiff paralyzed left hand and wrist he ordered a splint to be placed on the fingers tips to the elbow. and ordered an urgent consult for plaintiff to see a specialist and physical therapy.

8) on 10-14-2020 plaintiff had an appointment to see a specialist at Reception and medical center (RMC) in Lawe Butler to which the Plaintiff went unseen because untimely transfer by Jackson Ci.

9) on 10-23-2020 plaintiff was transferred to RMC.

10) on 1-7-2021 plaintiff was taken to memorial Hospital (MMCJ) in Jacksonville florida to which the plaintiff went unseen because of late arrival.

11) on 1-7-2021 plaintiff was informed by nurse Mary that the Doctor left notes in plaintiff file that MMCJ was not able to treat said injuries.

12) on 1-7-2021 Doctor at MMCJ made recomeadations for plaintiff to be seen at UF shands.

13) on 2-4-2021 plaintiff was taken to memorial Hospital (MMCJ) in Jacksonville florida to which the plaintiff went unseen for a second time because MMCJ was unable to treat plaintiff injuries.

14) on 3-4-2021 plaintiff was seen by DR Gama Neurologist at RMC and under went test for the 1st time and recommendations were made.

15) On 3-4-2021 Recommendations where made for Physical therapy (PT) to treat the Plaintiff New injury. A Claw like Posture of the left Hand. And to be Seen by a Specialist As Soon As possible.

16) On 3-23-2021 DR N. Anand Siwala approved a consult to UF Shands Because of the Plaintiff having a Complex Peripheral Nerve injury requiring fellowship trained peripheral Nerve Surgeon.

17) On 6-8-2021 Plaintiff was Seen by UF Shands Plastics recomendations for operations and treatments were made.

18) On 8-16-2021 Plaintiff was taken to UF Shands for a pre-op where Surgery appointment was made for 8-26-2021 and post op appointment was made for 9-7-2021 at UF Ortho So Plaintiff could be placed in a Hard cast.

19) On 9-7-2021 Plaintiff was Not taken to post op Appointment.

20) On 10-2021 Plaintiff was reccomended physical therapy by Operating Specialist to which Plaintiff DiD not GET.

21) On 11-2021 Plaintiff was reccomended more physical therapy By Operating Specialist at UF Shands.

22) On 11-2021 Plaintiff was reccomended 8 weeks physical therapy but only approved 4 weeks.

23) On 12-2021 Plaintiff completed four weeks physical therapy.

10

STATEMENT OF FACTS
(4 OF 4 PAGES)

24) On 1-2022 Plaintiff was taken to post op at UF Shands and operating specialist recommended more physical therapy and six week post op.

25) On 1-2022 Plaintiff was recommended 8 weeks physical therapy but only approved 4.

26) On 2-2022 Plaintiff completed physical therapy.

27) On 2-2022 to date 5-2022 Plaintiff still have not been taken to six week post op requested by operating specialist at UF Shands in 1-2022.

28) Plaintiff have exhausted all administrative remedies before filing this complaint.

11

**COUNT ONE** | BREACH OF CONTRACT BY THIRD PARTY BENEFICIARY AGAINST CENTURION DEFENDANT

Defendant Centurion exercised deliberate indifference to Plaintiff health by failure to fulfill Contract to provide adequate medical services to Plaintiff. Plaintiff was stabbed on 9-14-2020 and reffered and or reccomended urgent medical care to treat an urgent medical condition a peripheral nerve injury to his left Arm, Hand, and wrist. Defendant was notified by 3 Doctors on 4 different instances that plaintiff required urgent medical attention. Instead of providing adequate medical attention as contracted, Centurion proceeded to make appointments which the plaintiff went unseen 10-14-2020, 1-7-2021, 2-4-2021, to make appointments far inbetween and cause delays in excess of ten months before sending plaintiff to a specialist who could treat Plaintiff said injury 9-14-2020 until 6-8-2021 Defendant Failed to provide adequate medical service by using cost cutting and saving money on the overhead by on 2 occaison failing to provide reccomended physical therapy of 3 times a week for 8 weeks but only approving 4 weeks Even though the need for physical therapy was reccomended by (1) the operating specialist and (2) Centurion's own physical therapy specialist.

Because of the exercised deliberate indifferance by the defendant. The plaintiff was made to suffer extreme pain, was made to wear a splint on his left hand in excess of ten months. unable to perform daily activities that require the use of his left hand. The plaintiff was unable to use left hand from 9-14-2020 until Oct, 2021 over a year. Along with the orignal injury plaintiff currently suffers from a new injury a claw like posture of the left hand which has left the plaintiff unable to close his left hand and make a fist. Severe stiffness of the joints which is a direct result of the delayment and the plaintiff being denied adequate medical

ATTENTION. TEN months being in a paralyzed state without seeing a Doctor who could treat said injury. Plaintiff suffered Extreme pain, mental anguish, AND NEW injuries to which Plaintiff Still suffers.

COUNT TWO: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEDY AGAINST CENTURION DEFENDANT

Defendant Centurion exercised deliberate indifference to Plaintiffs Health by maintaining policies and practing customs that allows non-doctors APRN's and Doctors who are not trained Specialist To override the recommendations Of a trained specialist. ON 3-23-2021 DR. Anand diwala approved a Consult with the exact words "Pt has a complex peripheral nerve injury requiring fellowship trained peripheral Nerve surgeon. Per Centurion policy and Custom that allows non-Doctors APRN's And NON Specialist Doctors to override a specialist Caused Plaintiff to Be Delayed & Denied Seeing a Doctor who Could treat Plaintiff Injury From Oct 2 2020 until June 8th, 2021. To Be Sent to the wrong Doctor Multiple Times on 1-7-21, 2-4-2021. who refused to See Plaintiff Because He was unable to treat Plaintiff Injury

Because of the exercised deliberate indifference by the defendant The Plaintiff was made to suffer Extreme pain, was made to wear a Splint on his left Hand in Excess of ten months, unable to perform daily activities that require the use of His left Hand. The Plaintiff was unable to use His left Hand from 9-14-2020 until Oct 2021 over a year. Along with the original injury Plaintiff Currently Suffers From a new injury a Claw like posture of the left Hand which Has left the Plaintiff unable to close His left Hand and make a Fist. Severe stiffness of the joints

which is a Direct result of the Delayment and the plaintiff Being Denied adequate medical attention. Ten months Being in a paralyzed state without seeing a Doctor who could treat said injury. Plaintiff suffered Extreme pain, Mental anguish, and New injuries to which plaintiff still suffers.

**Count three:** FAILURE TO Provide ADEQUATE MEDICAL REMEDY
AGAINST MICHELLE DANIELS APRN DEFENDANT

Defendant Daniels Exercised Deliberate Indifference to Plaintiff Health on 9-14-2020 Plaintiff was Involved in a incident in which he was Stabbed and required Emergency Medical attention. Plaintiff was seen by LPN Mayhans (Not a Defendant) and M. Daniels APRN Defendant. Plaintiff made known that He could not move His left Hand. LPN Mayhann Documented Plaintiff Complaint and requested testing. Defendant Daniels said that she would Contact the on Call Doctor and request testing to which defendant (1) Did not Call said on Call Doctor and (2) request testing. Defendant Daniels APRN Did Not Even Document Plaintiff Complaint. According to plaintiff Medical records The First request for plaintiff to be seen by a Doctor was 9-27-2020 submitted by M. West LPN 13 Days later.

Because of the Exercised deliberate indifference by the defendant the Plaintiff was made to suffer Extreme pain, go without a follow up to see a Doctor. Emotional And Mental anguish. UNABLE to USE left Hand and perform Daily activities that require USE of His left Hand. Was Delayed and Denied treatment.

**Count four:** FAILURE TO TREAT AGAINST Michelle DANIELS APRN
DEFENDANT

14

On 9-14-2020 Defendant Daniels Exercised Deliberate indifference To the Plaintiff Health when Plaintiff Notified Defendant that HE could not move His hand, At that time the proper response would Have Been to Send the Plaintiff to Outside Medical to the local emergancy Room to Be treated for His paralyzed State. But the Defendant DID Nothing She DID Not Document Plaintiff Complaint, She DID Not reffer the Plaintiff to SEE a Doctor. She DID Not reLuest testing, what She DID Do was exersise Deliberate In difference By her Faziure to treat. Even though a layman could SEE that the Plaintiff need For Emergancy treatment was Evident which losing the use of Of a left Hand (Paralyzed State) is an emergancy.

Because of the exercised deliberate Indifferance by the defendant the Plaintiff was made to Suffer extreme pain, Go without a follow up to see a Doctor, Emotional and mental anguish, unable to use left Hand and perform Daily Activities that require use of His left Hand. was Delayed and Denied treatment.

Count Five   Breach of Duty By michelle Daniels Aprn Defendant.

Defendant Daniels Exercised Deliberate indifferance To Plaintiff Health by Defendants Daniels Faziure to follow and adhere To Her employers policies which reLuire All protocols that are completed by LPNS must be reviewed and cosigned by a RN or clinician on 9-14-2020 LPN Mayhann filled out a DC4-683V abrasion / laceration protocol to which Defendant Daniels Aprn was responsiable For reviewing and countersigning which she failed to Do.

Because of the exercised deliberate indifferance by the defendant the Plaintiff was made to Suffer extreme pain, Go without a follow up to see a Doctor and Testing. Emotional and mental anguish

UNABLE to use left Hand and peform Daily Activities that require use of His left HanD. Was Delayed and denied treatment.

<u>Count Six</u>  BREACH OF DUTY AGAINST TRANSPORT SERGEANT-S HollingsWORTH, JOHN DOE 1, JOHN DOE 2

Defendants Hollingsworth, John DOE 1, And John DOE 2 Exercised deliberate indifference to plaintiff Health when on 1-7-2021 as per their Job transport sergeants failed to timely Get Plaintiff to His urgent medical appointment at MMCJ in Jacksonville Florida. On 1-7-2021 aforementioned Defendants Had ample time to leave the prison RMC Before count. But Defendant-S choose not too with the Expections of Still Having ample Time to get Plaintiff to Said appointment and would Have if the Defendants DiD not Spend 45 plus Minutes at Dunkin Doughnuts Getting Breakfast.

Because of the exercised deliberate indifference by the Defendants Plaintiff was Delayed and Denied a medical appointment to see a specialist to treat a urgent medical Condition being unable to move His left Hand (paralyzed state). As a result plaintiff suffered from pain, Embarrassment, Emotional and mental angish

<u>Count Seven</u>  FAILURE to PROVIDE ADEQUATE MEDICAL REMEMDY AGAINST MICHELLE SCHOUEST LLSC DEFENDANT

Defendant Schouest Exercised Deliberate indifferance to plaintiff Health from the Dates 1-26-21 to DATE Denied 84 Grievances. Plaintiff notified the Defendant about Being Delayed & Denied Medical treatment to treat His urgent medical Condition Being unable to move or use His left Hand (paralyzed State). Defendant has the power to direct and Correct the

STATEMENT OF CLAIMS
(6 OF 10 Pages)

issues Related to Plaintiff Denial and Delayment of adequate medical treatment. Defendant not only denied but agreed with Grievances that was a complete Fabracation to which a proper review of Plaintiffs medical file would have Refuted said fabracation.

Because of defendants Schouest exercised deliberate indifferance Plaintiff was Denied adequate medical treatment for Having a Paralyzed left Hand. from Sept 14-2020 until 8-26-2021 Plaintiff to Date is still Being Delayed and Denied adequate medical care. Plaintiff Currentlys suffers from new injuries as a result of the prolonged Delay and denial of adequate medical Treatment. left hand finger pain in digits 2 to 5 with reduced range of motion of distal and proximal inter phalange, unable to close left Hand and make a Fist and perform Daily activities that require the use of His left Hand, Pain, Embarrassment, Emotional, mental angiush, and pain and stiffness of the left wrist

## COUNT EIGHT: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEMDY AGAINST DR R.BASSA RMC MEDICAL DIRECTOR DEFENDANT

Defendant R Bassa exercised Deliberate indifferance to Plaintiff Health when from the Dates 1-28-21 to Date Denied over 28 Grievances. Plaintiff notified the defendant about being Delayed and denied medical treatment to treat His urgent medical Condition being unable to move or use His left Hand (Paralyzed State). Defendant Has the Power to Direct and correct the issues related to Plaintiff Denial and Delayment of adequate medical treatment. The Defendant not only denied

But in some responses defendant fabracated statements
a proper review of plaintiffs medical file would have refuted
said fabracation.

Because of defendant Bassa exercised deliberate indifferance
plaintiff was denied adequate medical treatment for having a
paralyzed left hand. From Oct 23, 2020 until Aug 26 2021
plaintiff to date is still being delayed and denied adequate
medical care. Not only has the plaintiff been delayed and denied
adequate medical care. plaintiff currently suffers from new in-
Juries as a result of the prolonged delayment and denial of
adequate medical treatment. left hand finger pain in digits
2 to 5 with reduced range of motion of distal and proximal
inter phalange, unable to close left hand and make a fist
and perform daily activities that require the use of his
left hand, pain, embarsement, emotional and mental angish
and pain and stiffness of the left wrist

Count Nine : FAILURE TO PROVIDE ADEQUATE MEDICAL REMEMDY
AGAINST DR. E HERNANDEZ PEREZ REGIONIMEDICAL
DIRECTOR DEFENDANT

Defendant Dr. E Hernandez Perez exercised deliberate indifferanc-
e to plaintiff Health when from the dates 10-16-20 to date denied
multiple grievances by the plaintiff being delayed and denied
adequate medical treatment to treat his urgent medical condition
being unable to move or use his left hand (paralyzed state)
Defendant Has the power to direct and correct the issues
relates to plaintiff denial and delayment of adequate medical
treatment.

18

Because of defendant Hernandez Perez exercised deliberate in-

differance Plaintiff was Delayed and denied adequate medical treatment for Having a Paralyzed left Hand from Sept 14-2020 until Aug-26-2021. Plaintiff to Date is still being delayed and denied adequate medical care. Not only has the Plaintiff been delayed and denied adequate medical Care Plaintiffs currently suffers from new injuries as a result of the prolonged delayment and denial of adequate medical treatment. left Hand finger pain in digits 2 to 5 with reduced range of motion of distal proximal inter phalange. unable to Close left hand and make a fist and perform Daily activities that require the use of His left Hand, Pain, EMBarrasement, Emotional, mental anguish and Pain and stiffness of the left wrist.

## COUNT TEN FAILURE TO PROVIDE ADEQUATE MEDICAL REMEMDY AGAINST THE OFFICE OF UTILIZATION MANAGEMENT DEFENDANT

Defendant the office of utilization management exercised deliberate indifferance to Plaintiffs Health by maintaining policys and practing customs with the use of using non medical reason to approve and denie of medical treatment. Such as Cost cutting. Plaintiff Because of an urgent medical condition Claw like posture of the left Hand and Being unable to Close left Hand was recomended physical therapy of 3 times a week for 8 weeks Twice. But Because of Practices by the Defendant using cost cutting tactics plaintiff was only approved for 3 times a week for 4 weeks Despite recomendations of the physical therapist and operating specialist.

19

Because of the exercised deliberate indifference by the defendant plaintiff was delayed and denied adequate medical treatment. Plaintiff still suffers from claw like Posture of the left Hand. Unable to perform Daily activities that require use of the left Hand. Plaintiff to Date is being delayed and denied Physical therapy. Plaintiff Suffers Pain, Embarrssement, Emotional, mental anguish and Stiffness of the left wrist.

Count Eleven: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEMDY AGAINST THE OFFICE OF UTILIZATION MANAGEMENT DEFENDANT

Defendant the office of utilization management exercised deliberate indifference to Plaintiffs Health by maintaining policies and practing Customs with Having Preset time limits on Physical therapy. Plaintiff was reccomended Physical therapy to treat an urgent medical Condition claw-like Posture and being unable to Close left HanD. In which Plaintiff required Extentsive Physical therapy. The utilization management only allows for the marxium of 8 weeks worth of Physical therapy. which Plaintiff needs well exceeded. Because of Said Policy Plaintiffs spent more time gaining approval for Physical therapy than actually Getting Said. Physica therapy. All Injuries and treatments require Different amounts of Physical therapy But defendant Preset time limits policies treats one and all injuries and treatments the Same.

Because of the exercised deliberate indifference By the Defendant. Plaintiff was delayed and denied adequate medical treatment. Plaintiff Still Suffers from Claw like Posture

# STATEMENT OF CLAIMS
## (10 of 10 Pages)

of the left Hand. Unable to Perform Daily activities that require use of the left Hand. Plaintiff to Date is still Being Delayed and denied Physical therapy. Plaintiff Suffers pain, Embarrssement, Emotional, mental anguish and Stiffness of the left wrist.

Count twelve. FAILURE TO PROVIDE ADEQUATE MEDICAL REMEMDY AGAINST THE OFFICE OF UTILIZATION MANGEMENT DEFENDANT

Defendant the Office of utilization management Exercise deliberate indifferance to Plaintiffs Health by maintaining Policies and Practing Customs by use of there approval Process. Plaintiff Had an operation to treat an urgent medical condition which required a 4 week Post op appointment So Plaintiff Could be Placed in a Hard Cast. But because of defendant failure to approve Said post op timely Plaintiff was Denied the Chance to Be placed in a Hard Cast which was known before the operation. which appointments operation and post op were both made. The Defendant Policies require Each appointment to be approved Seprately and time frame taken to approve Said Post op exceeded the timeframe Needed for the Plaintiff treatment therefore Plaintiff Being Denied adequate medical Rememdy by defendant trough use of defendants Policies.

Because of the Exercised deliberate indifferance by the defendant Plaintiff was Delayed and denied a Chance to be Placed in a Hard Cast vital to the Post operation recovery. PAIN, Embarrsement, Emotional, mental anguish.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

" SEE ATTACHED "

D.    What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

" SEE ATTACHED "

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

" SEE ATTACHED "

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff PRAYS for Judgement In His FAVOR In AN Amount No less Than $500,000 FOR Punitive DAMAGES, $500,000 In DAMAGES FOR PAIN AND SUFFERING $500,000 FOR MENTAL ANGUISH, AND $500,000 FOR Emotional Distress. AND all Other relief Deemed Proper By the Court. Because of the Deliberate Indifference By DEFENDANTS Plaintiff Suffers from a Claw like Posture of His left HAND. Plaintiff DAILY Activities HAVE Been Severely limited AND Plaintiff HAS BONE without the use of His left HAND SINCE 9-14-2020 to DATE. DEFENDANTS HAVE FAILED TO PROVIDE ADEQUATE Medical Remedies AS a result Plaintiff HAS BEEN MADE TO Suffer UNJUSTLY.

22

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jackson CI
Reccpection and medical Center (RMC)
Florida State Prison (FSP)

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Counts 1 - 12

23

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

JACKSON CI
Reception And medical Center (RMC)
FLORIDA STATE PRISON (FSP)

2. What did you claim in your grievance?

Plaintiff Claimed The FAcTS related To being Delayed And Denied Adequate medical Treatment and all counts And Claims raised in this CASE.

3. What was the result, if any?

MoST Grievances WAS Denied and for the grievances That WAS Approved WAS AFter the fact to which MATTERS Could NoT HAVE Been addressed.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

AFTER all STEPS that WAS Denied at the INStitutioNAL level Plaintiff proceeded to the office of the Secretary of the Department Of corrections which is the final Step.

24

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____N/A_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____N/A_____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____N/A_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

25

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)    N | A
     Defendant(s)   N | A

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     N | A

3.   Docket or index number
     N | A

4.   Name of Judge assigned to your case
     N | A

5.   Approximate date of filing lawsuit
     N | A

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition.   N | A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     N | A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

26

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    N/A
    Defendant(s)    N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3.  Docket or index number
    N/A

4.  Name of Judge assigned to your case
    N/A

5.  Approximate date of filing lawsuit
    N/A

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition    N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

27

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6 - 10 - 2022

Signature of Plaintiff _____

Printed Name of Plaintiff   OTIS CROSBY JR

Prison Identification #   DC # C09771

Prison Address   Po Box 800

Raiford                     FL        32083
City                          State        Zip Code

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____

_____
City                          State        Zip Code

Telephone Number _____

E-mail Address _____

