AMENDED COMPLAINT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
MIDDLE District of FLORIDA

JACKSONVILLE Division

|  |  |  |
|---|---|---|
| OTIS CROSBY JR | ) | Case No. 3:22-CV-669-MMH-MCR |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) ) ) | |
| -v- | ) ) | |
| " SEE ATTACHED " | ) ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | ) ) ) | |

FILED
2022 JUL 26 PM 12: 08
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

OTIS CROSBY JR
    PLAINTIFF

- V -

CENTURION
SERGEANT HOLLINGSWORTH
TRANSPORT SERGEANT JOHN DOE 1
TRANSPORT SERGEANT JOHN DOE 2
MEDICAL DIRECTOR RML R BASSA
LLSC MICHELLE SCHOUEST
THE OFFICE OF UTILIZIATION MANAGEMENT
        DEFENDANTS

2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | OTIS CROSBY JUNIOR |
| All other names by which you have been known: | JUNIOR |
| ID Number | C09771 |
| Current Institution | FLORIDA STATE PRISON |
| Address | PO BOX 800 |
| | RAIFORD        FL        32083 |
| | City        State        Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CENTURION OF FLORIDA |
| Job or Title *(if known)* | Contracted Medical Provider |
| Shield Number | N/A |
| Employer | CENTURION OF FLORIDA |
| Address | 1203 Governors Square Blvd Suite 600 |
| | Tallahassee        FL        32301 |
| | City        State        Zip Code |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | HOLLINGSWORTH |
| Job or Title *(if known)* | SERGEANT (TRANSPORT) |
| Shield Number | N/A |
| Employer | RECEPTION AND MEDICAL CENTER |
| Address | PO BOX 628 |
| | LAKE BUTLER        FL        32054 |
| | City        State        Zip Code |

☒ Individual capacity   ☐ Official capacity

3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                       John Doe 1
    Job or Title *(if known)*   Sergeant (Transport)
    Shield Number       N/A
    Employer           Reception and medical Center
    Address             PO Box 628

                        Lake Butler      Fl      32054
                        *City*           *State*     *Zip Code*

                        [X] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name                       John Doe 2
    Job or Title *(if known)*   Sergeant (Transport)
    Shield Number       N/A
    Employer           Reception and medical CENTER
    Address             PO Box 628

                        Lake Butler      Fl      32054
                        *City*           *State*     *Zip Code*

                        [X] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   ~~Are you bringing suit against *(check all that apply)*:~~

       [ ] Federal officials (a *Bivens* claim)

       [X] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Constitution 8th admendment, Failure to treat, Failure To Provide adequate medical remedy, Breach of Duty, and Breach of Contract By third Party Beneficiary.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

Defendant No 5
Name                              R Bassa
Job tittle (if known)             Doctor M.D. / Medical Director (RMC)
Shield Number                     N/A
Employer                          Reception and Medical Center
Address                           PO Box 628 (Hwy 231)
                                  Lake Butler   Fl   32054
                                  City          State   Zip Code

☒ Individual Capacity

Defendant No 6
Name                              Michelle Schouest
Job tittle (if known)             IISC
Shield Number                     N/A
Employer                          Department of Corrections
Address                           501 South Calhoun Street
                                  Tallchassee   Fl   32399
                                  City          State   Zip Code

☒ Individual Capacity

Defendant 4
Name                              Offices of utilization management.
Job tittle (if known)             N/A   Needs Discovery to Provide
Shield Number                     N/A   Needs Discovery to Provide
Employer                          N/A   Needs Discovery to Provide
Address                           N/A   Needs Discovery to Provide
                                  N/A       N/A       N/A
                                  City      State     Zip Code

☒ Individual Capacity   ☒ Offical Capacity

5

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

" SEE ATTACHED "

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

" SEE ATTACHED "

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

" SEE ATTACHED "

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

" SEE ATTACHED "

6

STATEMENT OF FACTS
( I OF 2 PAGES )

1) Plaintiff Otis Crosby SR is an inmate in the Florida department of corrections who is serving a (12) year prison sentence.

2) On 9-14-2020 PLAINTIFF was involved in a stabbing in which the plaintiff required emergancy medical care for stab wounds to the arm and head.

3) On 10-23-2020 Plaintiff was transferred to RMC.

4) On 1-7-2021 Plaintiff was taken to memorial Hospital (mmcj) in Jacksonville Florida which the plaintiff went unseen.

5) On 1-7-2021 Plaintiff was informed by nurse Mary that the Doctor left notes in Plaintiff file that mmcj was not able to treat said injuries.

6) On 1-7-2021 Doctor at mmcj made reccomendations for plaintiff to be seen at UF Shands.

7) On 2-4-2021 Plaintiff was taken to memorial Hospital (mmcj) in Jacksonville Florida to which the plaintiff went unseen for a second time because mmcj was unable to treat plaintiff injuries

8) On 3-4-2021 Plaintiff was seen by Dr Hama Neurologist at RMC and underwent test for the 1st time and reccommencations were made.

9) On 3-4-2021 recommendations where made for physical therapy (PT) to treat the plaintiff new injury. A claw like posture of the left hand. And to be seen by a specialist as soon as possible

10) On 3-23-2021 Dr N. Anandsiwara approved a consult to UF Shands because of the plaintiff having a complex peripheral nerve injury requiring a fellowship trained peripheral nerve surgeon.

STATEMENT OF FACTS
( 1 OF 2 PAGES )

11) On 6-8-2021 Plaintiff was seen by UF Shands Plastics reccomendations for operations and treatments WERE MADE.

12) On 8-16-2021 Plaintiff WAS TAKEN TO UF Shands for a pre op where surgery appointment was made for 8-26-2021 and post op appointment WAS MADE FOR 9-7-2021 at UF Ortho so Plaintiff could be placed in a Hard CAST.

13) On 9-7-2021 Plaintiff was not taken to post op appointment.

14) On 10-2021 Plaintiff was recomended physical therapy by operating specialist to which plaintiff did not get.

15) On 11-2021 plaintiff was reccomended more physical therapy by operating specialist at UF shands.

16) On 11-2021 Plaintiff was reccomeded 8 weeks physical therapy But only Approved 4 weeks.

17) On 1-2022 Plaintiff was taken to post op at UF shands and operating specialist reccomended more physical and six week post op

18) On 1-2022 Plaintiff was reccomended 8 weeks physical therapy but only Approved 4.

19) Plaintiff did not go to six week post op until 5-2-2022 that was reccomended in 1-2022 by operating specialist at UF shands.

20) Plaintiff have exhausted all administrative remedies before filing this complaint.

B

BREACH OF CONTRACT BY THIRD PARTY BENEFICIARY
Count one, AGAINST CENTURION DEFENDANT

21) Defendant Centurion exercised deliberate indifference to plazn-
tiff health by fazure to fulfill contract to provide adequate med-
ical Services to plazntiff, plazntiff was stabbed on 9-14-2020
and reffered and or reccomended urgent Medical Care to treat
an urgent medical condition a peripheral nerve injury to his
left arm, hand, and wrist. Defendant was notified by 3
doctors on 4 different instances that plazntiff required
urgent medical attention. Instead of providing adequate med
ical attention as contracted, Centurion proceeded to make
appointments which the plazntiff went unseen 10-14-2020, 1-7-
2021, 2-4-2021 To make appointments far inbetween and
Cause delays in excess of Ten months Before sending Plazn-
tiff to a specialist who could treat plazntiff 8azn injury
9-14-2020 until 6-8-2021 Defendant fazled to provide
adequate medical Service by using cost cutting and Saving
money on the overhead by on 2 occaison fazling to provide rec-
comended physical therapy of 3 times a week for 8 weeks But
only approving 4 weeks Even though the need for physical ther-
apy was reccomended by ① the operating specialist and ②
Centurions own physical therapy specialist.

22) Because of the exercised deliberate indifference by the defendant. The
plazntiff was made to suffer extreme pazn, was made to wear a
splint on his left hand in excess of ten months. unable to perform pazly
activities that require the use of his left hand. The plazntiff was un-
able to use left hand from 9-14-2020 until Oct, 2021 over a yea-
r. Along with the orignal indury plazntiff currently suffers from
a new injury a claw like posture of the left hand which has
left the plazntiff unable to close his left hand and make a
fist. Severe stiffness of the joints which is a direct result of
the delayment and the plazntiff being denied adequate medical

9

Medical Attention. TEN months Being in a Paralyzed state without seeing a Doctor who could treat said injury, Plaintiff suffered Extreme Pain, mental anguish, and New injuries to which Plaintiff still suffers

Count Two: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEDY AGAINST CENTURION DEFENDANT

23) Defendant Centurion exercised deliberate indifferance to Plaintiffs Health by maintaining Policys and practing customs that allows NON-Doctors APRN's and Doctors who are Not trained specialist to OVER RIDE the recommendations of a trained specialist. On 3-23-2021 DR. Anandjiwala approved a consult with the exact words "PT has a complex peripheral nerve injury requiring fellowship trained peripheral nerve surgeon. Per Centurion Policy and custom that allows NON-Doctors APRN's and non specialist Doctors to override a Specialist caused Plaintiff to be Delayed and Denied seeing a Doctor who could treat Plaintiff injury from OCT 2 2020 until June 8th, 2021, To be sent to wrong Doctors multiple Times on 1-7-21, 2-4-2021. who refused to see Plaintiff Because He was unable to treat Plaintiff Injury

24) Because of the exercised deliberate indifferance by the defendant the Plaintiff was made to suffer Extreme PAIN, was made to wear a splint on his left Hand in Excess of ten months. Unable to perform Daily activities that require the use of His left Hand. The Plaintiff was unable to use His left Hand from 9-14-2020 until OCT 2021 over a year. Along with the orignal injury Plaintiff currently suffers from a new injury a claw like posture of the left Hand which Has left the Plaintiff unable to clo

10

STATEMENT OF CLAIMS
(3 OF 7 PAGES)

Se His left Hand and make a fist. Severe stiffness of the Joints which is a Direct result of the Delayment and the plazntiff being denied adequate medical attention. TEN months being in a paralyzed state without seeing a doctor who could Treat said injury. plazntiff suffered Extreme Pain mental anguish, and new injuries to which plaz-tiff still suffers.

Count Three: BREACH OF DUTY AGAINST TRANSPORT SERGEANTS HOLLINGSWORTH, JOHN DOE 1, JOHN DOE 2 DEFENDANTS

25) Defendants Hollingsworth, John Doe 1, and John Doe 2 exercised deliberate indifference to plazntiff Health when on 1-7-20 21 as per their Job Transport Sergeants fazled to Timely Get plazntiff to His urgent medical appointment at MMCJ in Jacksonville Florida. On 1-7-2021 aforementioned Defend-ents had ample time to leave the prison RMC before court. But Defendants choose not to with the expections of still having ample time to get plazntiff to said appointment and would have if the Defendants Did not spend 45 plus minutes at Dunkin Doughnuts Getting Breakfast.

26) Because of the exercised deliberate indifferance by the Defendants plazntiff was Delayed and Denied a medical appointment to see a specialist to treat a urgent medical condition being unable to move His left Hand (paralyzed State) As a result plazntiff suffered from Pain, embarr assment, emotional and mental anguish.

Count Four: FAILURE TO PROVIDE adEQUATE MEDICAL REMEMDY AGAINST MICHELLE SCHOUEST LLSC DEFENDANT

11

27) Defendant Schouest exercised Deliberate indifferance to Plaintiff health from DATES 1-26-21 To Current By Denial Of 34 plus Grievances Plaintiff notified the defendant about being Delayed and Denied medical treatment to treat His urgent medical Condition Being unable to move or use His left HAND (Paralyzed State). Defendant has the power to direct and Correct the issues related to Plaintiff Denial and Delayment of Adequate medical treatment. Defendant not only denied but agreed with Grievances that was complete Fabracation to which a proper review of Plaintiffs medical file would have Refuted Said Fabracation.

28) Because Of defendants Schouest exercised deliberate indifferance Plaintiff was Denied adequate medical treatmen for Having a paralyzed left Hand. From sept 14-2020 until 8-26-2021 Plaintiff toDate is still Being Delayed and Denied adequate medical Care. Plaintiff Currently suffers From New injuries as a result of the Prolonged delay and denial of adequate medical treatment. left hand Finger Pain in digits 2 to 5 with reduced range of motion of distal and Proximal inter phalange, unable to Close left Hand and make a Fist and perform Daily activities that require the use of His left Hand, Pain, Embarrassment, emotional, mental angiush, and Pain and Stiffness of the left wrist.

Count FIVE: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEDY AGAINST DR R. BASSA RMC MEDICAL DIRECTOR DEFENDANT

29) DEFENDANT R BASSA exercised Deliberate indifferance to Plaintiff Health when From the DATES 1-28-21 to Date Denied over 28 grievances, Plaintiff notified the defendant about being delayed and denied medical Treatment

to treat His urgent medical condition being unable to move or use His left Hand (paralyzed state). DEFENDANT Has the power to Direct and Correct the issues related to Plazntiff Denial and Delayment of adequate medical treatment the Defendant NOT only Denied But in some responses defendant Fabracated statements a proper review of plazntiffs medical file would have refuted said Fabracation.

30) Because of defendant Bassa exercised deliberate indifferance Plazntiff was denied adequate medical treatment for Having a paralyzed left Hand from Oct 23, 2020 until Aug 26 2021 plazntiff to DATE Is still being delayed and denied adequate medical CARE. not only has the plazntiff been delayed and denied adequate medical care. Plazntiff suffers from new znJuries as a result of the prolonged delayment and denial of adequate medical treatment. left Hand finger pazn in digits 2 to 5 with reduced range of motion of distal and proximal inter phalange, unable to close left Hand and make a fist and perform dazly activities that require the use of His left HAND, PAZN, Embarrsement, emotional and mental Angish and pazn and stiffness of the left wrist.

<u>Count six</u>: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEMDY AGAINST THE OFFICE OF UTZLIZATION MANAGEMENT DEFENDANT

31 Defendant the office of utilization management exercised deliberate indifference to Plaintiffs Health by maintaining policys and practing customs with the use of using non-medical reason to approve and denie medical treatment. Such as Cost cutting, plazn-

13

STATEMENT OF CLAIMS
( 6 OF 7 PAGES)

tiff Because of an urgent medical condition claw like posture of the left Hand and Being unable to close left Hand was recomended physical therapy of 3 times a week for 8 weeks twice. But Because of practices by the defendant using cost cutting tactics plaintiff was only approved for 3 times a week for 4 weeks Despite recomendctions of the physical therapist and operating specialist.

32) Because of the exercised deliberate indifference by the defendant plaintiff was delayed and denied adequate medical treatment. Plaintiff still suffers from claw like posture of the left Hand. Unable to perform Daily activities that require use of the left Hand. Plaintiff to Date is being delayed and denied physical therapy. Plaintiff suffers pain, Embarrssement, Emotional, Mental anguish and Stiffness of the left wrist.

Count Seven: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEMDY AGAINST THE OFFICE OF UTILIZATION MANAGEMENT DEFENDANT

33) Defendant the office of utilization management exercised deliberate indifference to plaintiffs Health by maintaining policies and practicing customs with Having preset time limits on physical therapy. Plaintiff was reccomended physical therapy to treat an urgent medical condition claw like posture and being unable to close left Hand. In which plaintiff required Extentsive physical therapy. The utilization management only allows for the maximum of 8 weeks worth of physical therapy, which plaintiff needs well exceeded. Because of Said policy plaintiff spent more time gaining approval for physical therapy than actually Getting Said physical therapy. All Injuries and treatments

14

require different amounts of physical therapy But defendant preset time limits policies treats one and all injuries and treatments the same.

34) Because of the exercised deliberate indifference by the defendant, Plaintiff was delayed and denied adequate medical treatment. Plaintiff still suffers from claw like posture of the left hand unable to perform Daily activities that require use of the left Hand. Plaintiff to DATE is still being delayed and denied physical therapy, Plaintiff suffers Pain, Embarressement, Emotional, mental anguish and stiffness of the left wrist.

Count Eight: FAILURE TO PROVIDE ADEQUATE MEDICAL REMEDDY AGAINST THE OFFICE OF UTILIZATION MANGEMENT
DEFENDANT

35) DEFENDANT the office of utilization management exercised deliberate indifference to Plaintiffs Health by maintaining policies and practing customs by use of there approval process. Plaintiff Had and operation to treat an urgent medical condition which required a 4 week post op appointment so Plaintiff could be placed in a Hard Cast, But because of defendant failure to approve said post op Timely Plaintiff was denied the chance to be placed in a Hard Cast which was known Before the operation, which appointments operation and post op were Both made. The defendant policies require each appointment to be approved seprately and time frame taken to approve said post op exceeded the time frame needed for the Plaintiff treatment therefore Plaintiff Being Denied adequate medical remedy by defendant through use of defendants policies.

36) Because of the exercised deliberate indifference by the defendant Plaintiff was delayed and denied a chance to be placed in a Hand cast vital to the Post operation recovery. Pain, Embarressement, Emotional, mental anguish.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

" SEE ATTACHED "

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

" SEE ATTACHED "

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

" SEE ATTACHED "

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

PlAintiff PRAys foR JUdGement IN His FAVOR IN an amount NO less THan $ 500.000 FOR punitive DAMAGES $500.000 IN DAMAGES FOR PAIN and suffering, $ 500,000 FOR mental Anguish. And $ 500,000 FoR Emotio- nal Distress. and all other Relief Deemed proper By the couRt. Because OF the DELibARTe INDiffRance By Defendants. PlaIntiff suffers from a claw like posture of His left Hand. Plaintiff DAily Aclivties have BEEN severly limited and Plaintiff HAS gone without the use of his left HAND since 9-14-2020 to DATE. Defendants have faZied to pro- vide adequate medical Rememdies As a result PlaIntiff Has Been MADE to suffer unJustly.

16

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

RECPECTION AND MEDICAL CENTER (RMC)
FLORIDA STATE PRISON (FSP

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

COUNT 1-8

17

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

RECEPTION and MEDICAL CENTER (RMC)
FLORIDA STATE PRISON (FSP)

2. What did you claim in your grievance?

PLAINTIFF CLAIMED THE FACTS RELATED to BEING DELAYED and DENIED ADEQUATE MEDICAL TREATMENT and all COUNTS and CLAIMS RAISED IN THIS CASE.

3. What was the result, if any?

MOST GRIEVANCES WAS DENIED and FOR the GRIEVANCES THAT WAS APPROVED WAS AFTER THE FACT to WHICH MATTERS COULD NOT HAVE BEEN ADDRESSED

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

AFTER ALL STEPS THAT WAS DENIED at THE INSTITUTIONAL LEVEL PLAINTIFF PROCEEDED to the OFFICE OF the SECRETARY OF THE DE-PARTMENT OF CORRECTIONS WHICH IS the FINAL STEP.

18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   N|A

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N|A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N|A

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N|A

19

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   N | A

Defendant(s)   N | A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N | A

3.   Docket or index number

N | A

4.   Name of Judge assigned to your case

N | A

5.   Approximate date of filing lawsuit

N | A

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.   N | A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N | A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

20

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

         Plaintiff(s)    N/A

         Defendant(s)    N/A

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

         N/A

    3.    Docket or index number

         N/A

    4.    Name of Judge assigned to your case

         N/A

    5.    Approximate date of filing lawsuit

         N/A

    6.    Is the case still pending?

         ☐ Yes

         ☐ No

         If no, give the approximate date of disposition    N/A

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7-18-2022

Signature of Plaintiff

Printed Name of Plaintiff   OTiS CROSBY JR

Prison Identification #   C09771

Prison Address   PO BOX 800

RAifORD          Fl      32083
                 City    State   Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

          City    State   Zip Code

Telephone Number   _____

E-mail Address   _____

22